DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. ATKINSON

No. 157P87.

Case below: 84 N.C. App. 701.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 May 1987.

STATE v. BORDERS

No. 77P87.

Case below: 84 N.C. App. 148.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 May 1987.

STATE v. BROWN

No. 206P87.

Case below: 85 N.C. App. 583.

Petition by defendant for temporary stay of the execution of judgment of the Court of Appeals allowed 7 May 1987 on condition $30,000 secured appeal bond remains in effect.

STATE v. GILES

No. 31P87.

Case below: 83 N.C. App. 487.

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 May 1987. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 May 1987.